JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Veronica Ortega Gamez**, | Case No. SACV 16-01562 AG (ASx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **Anaheim Union High School District**, a public entity; **Brad Jackson**, individually and in his official capacity; **Dr. Susan Ferencz**, individually and in her official capacity; **and Does 1–10**, | |
| Defendants. | |

The Court enters judgment for Defendants and against Plaintiff.

Dated May 25, 2018

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT